1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL G. TIERNEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone:     (559) 497-4000
   Facsimile:     (559) 497-4099
5
6  Attorneys for United States of America

7               IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF CALIFORNIA
8

9  In the Matter of the Search of:          CASE NO.  5:15-SW-00008-JLT;

10 Property held by Homeland Security
   Investigations                           ORDER UNSEALING SEARCH WARRANT
11                                          AFFIDAVIT AND SEARCH WARRANT

12

13

14        The search warrant affidavit and warrant in this case having been sealed on February 13, 2015, and it

15 appearing that the affidavits and warrants are not required to remain secret based upon the motion

16 submitted by the United States,

17        IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made

18 public record.

19

20

21 Dated:  August 20 2015                    _____
                                             Gary S. Austin
22                                           UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

1